IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM H. STEINBRINK, M.D. and<br>PATRICIA M. STEINBRINK, his wife,<br>and<br><br>BAYSIDE OBSTETRICS<br>GYNECOLOGY INFERTILITY, INC.<br>401(K) PROFIT SHARING PLAN,<br><br>Plaintiffs<br><br>v.<br><br>ROTHSTEIN, KASS & COMPANY,<br>P.C.; STUART BENDER, partner;<br>B. HAUPTMAN & ASSOCIATES, LLC;<br>BRUCE A. HAUPTMAN,<br><br>Defendants | CIVIL ACTION NO. 01-382 ERIE<br>(FILED UNDER SEAL) |

**RESPONSE TO COURT'S SHOW CAUSE ORDER**

Pursuant to the Court's Show Cause Order dated July 26, 2006, Defendants B. Hauptman & Associates, LLC and Bruce A. Hauptman (collectively, the "Hauptman Defendants") hereby notify the Court that they have no objection to the unsealing of the above-captioned case. Furthermore, the Hauptman Defendants do not know of any documents or portions of documents that need to remain under seal.

Respectfully submitted,

_____
Lynda R. Stadler
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524
212-872-1000

*Attorneys for Defendants*
*B. Hauptman & Associates, LLC and Bruce A. Hauptman*