IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM H. STEINBRINK, M.D. and PATRICIA M. STEINBRINK, his wife, and<br><br>BAYSIDE OBSTETRICS GYNECOLOGY INFERTILITY, INC. 401(k) PROFIT SHARING PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ROTHSTEIN, KASS & COMPANY, P.C.; B. HAUPTMAN & ASSOCIATES, LLC; and BRUCE A. HAUPTMAN,<br><br>Defendants. | Civil No. 01-382 Erie<br>(FILED UNDER SEAL) |

## Order

On July 26, 2006, the Court determined that the protection of sealing of this case was no longer necessary and ordered the parties to show cause no later than August 9, 2006, why this case should not be unsealed. Specifically we ordered as follows:

> the parties are hereby ORDERED to SHOW CAUSE no later than August 9, 2006, why this case should not be unsealed. Included in the parties response to the Court's Show Cause Order, each party shall also designate the documents or portions of documents, if any, to remain under seal.
>
> IT IS FURTHER ORDERED that each party shall separately file a motion for leave to have the designated documents or portions of documents remain under seal, no later than August 16, 2006. Upon the anticipated unsealing of the case, the designated documents will remain under seal until the party's motion has been decided.

(Order, dated July 26, 2006, doc. 35.) Defendants B. Hauptman & Associates, LLC and Bruce A. Hauptman filed a timely response to the show cause Order indicating that they had no objection to the unsealing the above-captioned case. No other party responded to the Order to Show Cause by filing a pleading in this action. Therefore, we will Order that this case be unsealed on August 17,

2006. We will also direct that the Clerk of Court not accept any pleading purported to be filed under seal in this action on or after August 17, 2006, that does not conform to the rules requiring that each party must obtain prior leave of court for each document that is requested to be filed under seal.

AND NOW, to-wit, this ___14th___ day of August, 2006, since no party has properly filed an objection to the unsealing of this action, it is hereby ORDERED, ADJUDGED, and DECREED that this action shall be UNSEALED on August 17, 2006.

IT IS FURTHER ORDERED that the Clerk of Court not accept any pleading purported to be filed under seal in this action on or after August 17, 2006, that does not conform to the rules requiring that each party must obtain prior leave of court for each document that is requested to be filed under seal.

_____
Maurice B. Cohill, Jr.
United States District Court Judge