IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| WILLIAM H. STEINBRINK, M.D. and PATRICIA M. STEINBRINK, his wife, <br><br> and <br><br> BAYSIDE OBSTETRICS GYNECOLOGY INFERTILITY, INC. 401(k) PROFIT SHARING PLAN, <br><br> Plaintiffs <br><br> v. <br><br> ROTHSTEIN, KASS & COMPANY, P.C.; B. HAUPTMAN & ASSOCIATES, LLC; BRUCE A. HAUPTMAN, <br><br> Defendants | CASE NO. CA 01-382 - Erie <br><br> Filed Electronically |

## ORDER OF COURT

AND NOW, to-wit, this 28th day of August, 2006, upon consideration of the plaintiffs' motion, it is hereby ORDERED, ADJUDGED and DECREED that paragraph 4 of the Court's Order of July 26, 2006 is hereby modified and the plaintiffs are directed to file an amended complaint no later than October 1, 2006.

BY THE COURT,

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Judge