**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | | |
|---|---|---|
| **WILLIAM H. STEINBRINK, M.D. and** | **:** | |
| **PATRICIA M. STEINBRINK, his wife,** | **:** | |
| | **:** | |
| **and** | **:** | |
| | **:** | |
| **BAYSIDE OBSTETRICS** | **:** | |
| **GYNECOLOGY INFERTILITY, INC.** | **:** | |
| **401(k) PROFIT SHARING PLAN,** | **:** | |
| **Plaintiffs** | **:** | |
| | **:** | |
| **vs.** | **:** | **CASE NO. CA 01-382 ERIE** |
| | **:** | |
| **ROTHSTEIN, KASS & COMPANY,** | **:** | |
| **P.C.; STUART BENDER, partner;** | **:** | |
| **B. HAUPTMAN & ASSOCIATES, LLC;** | **:** | |
| **BRUCE A. HAUPTMAN; WILLIAM** | **:** | |
| **HURLIN, SUSAN SILVERS; GENESIS** | **:** | |
| **CAPITAL FUND, LP; and GAMELAN** | **:** | |
| **CAPITAL FUND, LP,** | **:** | |
| | **:** | |
| **Defendants** | **:** | |

## <u>NOTICE OF APPEARANCE</u>

Please note my appearance on behalf of Rothstein, Kass & Company, P.C. and Stuart

Bender in the above captioned action.

Respectfully submitted,

LAW OFFICES OF TIMOTHY D. McNAIR

By:_____

       Timothy D. McNair, Esquire
       Attorneys for Defendants
       Rothstein, Kass & Company, P.C., and
       Stuart Bender
       821 State Street
       Erie, Pennsylvania 16501

(814) 452-0700
PA ID# 34304
tmcnair@surferie.net
tmcnair@adelphia.net