IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| WILLIAM H. STEINBRINK, M.D. and PATRICIA M. STEINBRINK, his wife, | : : : | |
| and | : : | |
| BAYSIDE OBSTETRICS GYNECOLOGY INFERTILITY, INC. 401(k) PROFIT SHARING PLAN,     Plaintiffs | : : : : : | |
| vs. | : : | CASE NO. CA 01-382 ERIE |
| ROTHSTEIN, KASS & COMPANY, P.C.; STUART BENDER, partner; B. HAUPTMAN & ASSOCIATES, LLC; BRUCE A. HAUPTMAN; WILLIAM HURLIN, SUSAN SILVERS; GENESIS CAPITAL FUND, LP; and GAMELAN CAPITAL FUND, LP, | : : : : : : : : | |
|     Defendants | : | |

**NOTICE OF APPEARANCE - AMENDED**

Please note my appearance on behalf of Rothstein, Kass & Company, P.C. and Stuart Bender in the above captioned action.

                          Respectfully submitted,

                          LAW OFFICES OF TIMOTHY D. McNAIR
                          By: s/ Timothy D. McNair
                                Timothy D. McNair, Esquire
                                Attorneys for Defendants
                                Rothstein, Kass & Company, P.C., and
                                Stuart Bender
                                821 State Street
                                Erie, Pennsylvania 16501
                                (814) 452-0700
                                PA ID# 34304
                                tmcnair@surferie.net
                                tmcnair@adelphia.net