**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | | |
|---|---|---|
| **WILLIAM H. STEINBRINK, M.D.** and **PATRICIA M. STEINBRINK,** his wife, | : : : | **AMENDED COMPLAINT** |
| and | : : | |
| **BAYSIDE OBSTETRICS GYNECOLOGY INFERTILITY, INC. 401(k) PROFIT SHARING PLAN,** Plaintiffs | : : : : : | |
| vs. | : : | **CASE NO. CA 01-382 ERIE** |
| **ROTHSTEIN, KASS & COMPANY, P.C.; B. HAUPTMAN & ASSOCIATES, LLC; BRUCE A. HAUPTMAN** | : : : : | |
| Defendants | : | **JURY TRIAL DEMANDED** |

**STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiffs William H. Steinbrink, M.D., Patricia M. Steinbrink, and Bayside Obstetrics Gynecology Infertility, Inc. 401(K) Profit Sharing Plan, by and through their undersigned counsel, and Defendants Rothstein, Kass and Company, P.C., B. Hauptman & Associates, L.L.C. and Bruce Hauptman (collectively herein, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend Defendants' Time to Plead, Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint to November 22, 2006. This stipulation complies with Local Rule 7.2

in that this is the first Stipulation filed by the parties with regard to the Amended Complaint and the additional time requested is 30 days.

                                        Respectfully submitted,

                                        LAW OFFICES OF TIMOTHY D. McNAIR

**AGREED:**

| s/ Leonard G. Ambrose | By: Timothy D. McNair |
|---|---|
| Leonard G. Ambrose III | Timothy D. McNair, Esquire |
| Ambrose, Freidman and Weichler | Attorneys for Defendants |
| 319 West 8th Street | Rothstein, Kass and Company P.C. |
| Erie, PA 16502-1495 | 821 State Street |
| amfriedlaw@surferie.net | Erie, Pennsylvania 16501 |
| | (814) 452-0700 |
| | PA ID# 34304 |
| | tmcnair@surferie.net |
| | |
| s/ Robert H. Pees | s/ Lynda R. Stadler |
| Robert H. Pees, Esquire | Lynda R. Stadler, Esquire |
| Akin Gump Strauss, Hauer & Feld, LLP | Akin Gump Strauss Hauer & Feld, LLP |
| 590 Madison Avenue | 590 Madison Avenue |
| New York, NY 10022-2524 | New York, NY 10022-2524 |
| (212) 872-1072 | (212) 872-8031 |
| e-mail - *rpees@akingump.com* | e-mail - *lstadler@akingump.com* |

s/ Joel M. Wolosky
Joel M. Wolosky, Esquire
Hodgson & Russ, LLP
230 Park Avenue
17th Floor
New York, NY 10169
(212) 661-3535
e-mail - *jwolosky@hodgsonruss.com*

Dated: October  16 , 2006