IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| WILLIAM H. STEINBRINK, M.D. and<br>PATRICIA M. STEINBRINK, his wife,<br><br>and<br><br>BAYSIDE OBSTETRICS GYNECOLOGY<br>INFERTILITY, INC. 401(K) PROFIT<br>SHARING PLAN,<br><br>      Plaintiffs,<br><br>v.<br><br>ROTHSTEIN, KASS & COMPANY, P.C.,<br>B. HAUPTMAN & ASSOCIATES, LLC, and<br>BRUCE A. HAUPTMAN,<br><br>      Defendants. | CIVIL ACTION NO. 01-382 ERIE |

## **MOTION TO DISMISS**

Defendants B. Hauptman & Associates, LLC ("BHA") and Bruce A. Hauptman (collectively the "BHA Defendants") submit this Motion to Dismiss, pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(3), 12(b)(6), 12(b)(7), 19 and 9(b) requesting that the claims against them be dismissed with prejudice. For the reasons set forth below, and in the accompanying Memorandum of Law in Support of the BHA Defendants' Motion to Dismiss, Plaintiffs' claims are fatally deficient for the following reasons:

    1.    All of the claims against the BHA Defendants must be dismissed pursuant to Rule 12(b)(3) for improper venue due to the existence of a mandatory forum selection

      clause providing for exclusive jurisdiction and venue in the Delaware Court of Chancery.

2. All of the claims against the BHA Defendants must be dismissed pursuant to Rules 12(b)(1), 12(b)(7) and 19 for failure to join an indispensable party, Gamelan Capital, L.P., whose addition to the case destroys diversity jurisdiction.

3. The breach of contract claim (Count I) must be dismissed with respect to Hauptman pursuant to Rule 12(b)(6) because he cannot be held personally liable for a contract that he is not a personal signatory to and that he entered into solely in his corporate capacity.

4. The conversion and fraud and self-dealing claims (Counts II and III) must be dismissed pursuant to Rule 12(b)(6) as to the BHA Defendants as Pennsylvania's "gist of the action" doctrine bars contract claims that have been repackaged as tort claims.

5. The fraud claim (Count III) must be dismissed against the BHA Defendants pursuant to Rule 9(b) as Plaintiffs have failed to plead fraud with particularity.

The BHA Defendants request oral argument on this Motion.

                                                      Respectfully submitted,

Robert H. Pees
Lynda R. Stadler
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York  10022
(212) 872-1000

Robert M. Barnes
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
Pittsburgh, Pennsylvania  15219-6401
(412) 338-5200

*Attorneys for Defendants*
*B. Hauptman & Associates, LLC and*
*Bruce A. Hauptman*

Dated:  November 22, 2006