IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| WILLIAM H. STEINBRINK, M.D. and<br>PATRICIA M. STEINBRINK, his wife,<br><br>and<br><br>BAYSIDE OBSTETRICS GYNECOLOGY<br>INFERTILITY, INC. 401(K) PROFIT<br>SHARING PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ROTHSTEIN, KASS & COMPANY, P.C.,<br>B. HAUPTMAN & ASSOCIATES, LLC, and<br>BRUCE A. HAUPTMAN,<br><br>Defendants. | CIVIL ACTION NO. 01-382 ERIE |

## ORDER

AND NOW this _____ day of _____, 2006 it is hereby ORDERED upon consideration of the Motion to Dismiss of Defendants B. Hauptman & Associates, LLC and Bruce A. Hauptman and Memorandum of Law in Support thereof, that all counts against B. Hauptman & Associates, LLC and Bruce A. Hauptman are dismissed for improper venue and for failure to join an indispensable party. In addition, Count I is dismissed as to Bruce A. Hauptman and Counts II and III are dismissed as to Bruce A. Hauptman and B. Hauptman & Associates, LLC for failure to state a claim, and Count III is dismissed as to Bruce A. Hauptman and B. Hauptman & Associates, LLC for failure to plead fraud with particularity.

_____
Maurice B. Cohill, Jr.