IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM H. STEINBRINK, M.D., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROTHSTEIN, KASS & COMPANY, P.C., et al., <br><br> Defendants. | Civil Action No. 01-382-E |

O R D E R

AND NOW, this 27th day of November, 2006, upon consideration of the Motion to Dismiss filed by Defendants B. Hauptman & Associates, LLC and Bruce A. Hauptman (document No. 46) in the above captioned matter on November 22, 2006, <u>and</u> the Motion to Dismiss Plaintiffs' Second Amended Complaint filed by Defendant Rothstein, Kass & Company, P.C. (document No. 50) in the above-captioned matter on November 22, 2006,

IT IS ORDERED that the opposing party file a response <u>as to each motion</u> no later than January 22, 2007.

<u>s/Maurice B. Cohill, Jr.</u>
Senior United States District Judge

ecf:    Counsel of record