280 Corporate Center
85 Livingston Avenue, Roseland, New Jersey 07068-1785
(201) 994-6666 / (212) 490-7700 / FAX (201) 994-0337
Website: http://www.rkco.com



April 10, 1997

Re: Genesis Capital Fund, L.P.
42-1339803
December 31, 1996

Dear Partner:

Attached is a copy of Schedule K-1, Form 1065 which lists your distributive share of the Partnership's taxable income (loss) for the year ended December 31, 1996. These amounts are to be reported on your 1996 Income Tax Returns.

In connection with the information included on the attached copy of Federal Schedule K-1, please note the following:

In preparing the partnership return, the partnership has taken the position that the partnership is engaged in the active conduct of a business as a trader in securities. The trading operation is not "passive" as to any general or limited partner. In addition, income from the trading operation, including capital gains, is not "portfolio" income. Each partner must individually determine whether or not the partner materially participated during 1996 in the activities of the partnership. Your material participation will affect the presentation and placement of partnership items on your tax return. Therefore, the K-1 and accompanying schedules have been prepared in such a manner that they may be used both by materially participating and non-materially participating partners. In preparing your tax return, some additional calculations are necessary using the amounts presented in order to properly report the partnership items. Specifically, whether or not a partner materially participates in the trader operation will affect the calculation of investment interest expense and investment income.

Exhibit "E"

Genesis Capital Fund, L.P.      - 2 -      April 10, 1997

The net ordinary income (loss) of the trading operation has been reported without taking into account any deduction for interest expense attributable to the trading operation. A partner who materially participates in the trading operation, or a partner that is a "C" corporation, must reduce the net ordinary income or increase the net ordinary loss from the trading operation by the interest expense, which is separately reported on the K-1. A partner that does not materially participate (other than a "C" corporation) must report the net ordinary income as shown on the K-1 and must deduct the allocable interest expense as interest expense subject to the investment interest expense limitation.

The K-1 also includes income and expenses from the partnership's investments in other partnerships (pass-through entities). The partnership has reported income and deductions in the same manner as those items were reported to the partnership from the pass-through entities.

Your share of portfolio expenses are reflected on Line 10. Such amount should be deducted by individual partners on Schedule A of Form 1040 on line 22 - Miscellaneous Deductions Subject to 2% Adjusted Gross Income Limitation. Non-individual partners should refer to the instructions accompanying their tax returns.

Line 12a shows your share of the Partnership's investment interest expense. Each individual partner should deduct such interest expense after determining the limitation, if any, on Form 4952. For determining any limitation, lines 12b(1) and 12b(2) show your share of investment income and investment expenses, which are included in your "portfolio" income and expenses. For purposes of this calculation, capital gains (losses) and investment income from Lines 1 and 7 are not included in line 12(b)(1), but generally affect the computation of investment income.

The qualifying dividends represent the amount of dividends from less than 20 percent owned domestic corporations eligible for the dividends received deduction under IRC Section 243(a). These dividends should be reported on Form 1120, Schedule C, Line 1, Col. (a).

The non-qualifying dividends represent the amount of dividends not eligible for the dividends received deduction and should be reported on Form 1120, Schedule C, Line 17, Col. (a).

If you are a tax-exempt entity and you have gross income from an unrelated trade or business of $1,000 or more, you must file Form 990-T. Unrelated business taxable income is reflected on Line #25 of Schedule K-1.

Genesis Capital Fund, L.P.                    - 3 -                    April 10, 1997

If you are required to file a state income tax return, your share of interest income from obligations issued by the U.S. Government or its agencies and your share of expenses to carry such obligations are on line #25, of Schedule K-1.

Please provide the above information to your tax advisor.

If you have any questions, please feel free to contact Terence Meadowcroft or Joe Herman at (201) 994-6666.

                              Very truly yours,

                              ROTHSTEIN, KASS & COMPANY, P.C.

43325

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.
▶ See separate instructions

For calendar year 1996 or tax year beginning _____, 1996, and ending _____, 19___

OMB No.1545-0099

## 1996

| Partner's identifying number ▶ 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/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 | Partnership's identifying number ▶ 42-1339803 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| Dr. William and Mrs. Patricia Steinbrink<br>122 Columbia Circle<br>Erie, PA  16505 | Genesis Capital Fund, L.P.<br>1659 Highway One<br>Fairfield, IA  52556 |

| | |
|---|---|
| A  This partner is a ☐ general partner ☒ limited partner<br>☐ limited liability company member | F  Partner's share of liabilities (see instructions):<br>Nonrecourse. . . . . . . . . .  $ _____<br>Qualified nonrecourse financing. .  $ _____<br>Other. . . . . . . . . . . . . . .  $ _____ |
| B  What type of entity is this partner?  JOINT | |
| C  Is this partner a ☒ domestic or a ☐ foreign partner? | G  Tax shelter registration number ▶ |
| D  Enter partner's percentage of:<br>　　　　　　　(i) Before change or termination　(ii) End of year | H  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . . . . ☐ |
| Profit sharing . . . . . . . . _____%　VAR % | |
| Loss sharing . . . . . . . . _____%　VAR % | |
| Ownership of capital. . . . . _____%　6.9095 % | |
| E  IRS Center where partnership filed return:  KANSAS CITY | I  Check applicable boxes:  (1) ☐ Final K-1  (2) ☐ Amended K-1 |

| J  Analysis of partner's capital account: | | | | |
|---|---|---|---|---|
| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d) |
| 7,262,287 | 0 | (364,502) | ( 0 ) | 6,897,785 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities . . . . . . . . | 1 | 977,470 | See pages 5 and 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2  Net income (loss) from rental real estate activities . . . . . . . . . | 2 | | |
| | 3  Net income (loss) from other rental activities . . . . . . . . . . . | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest . . . . . . . . . . . . . . . . . . . . . | 4a | 1,348 | Sch. B, Part I, line 1 |
| | b  Dividends . . . . . . . . . . . . . . . . . . . . | 4b | 47 | Sch. B, Part II, line 5 |
| | c  Royalties . . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) . . . . . . . . . . . | 4d | 57,742 | Sch. D, line 5, col. (f) or (g) |
| | e  Net long-term capital gain (loss) . . . . . . . . . . . | 4e | 60,537 | Sch. D, line 13, col. (f) or (g) |
| | f  Other portfolio income (loss) (attach schedule) . . . . . . | 4f | | Enter on applicable line of your return. |
| | 5  Guaranteed payments to partner . . . . . . . . . . . . | 5 | 0 | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6  Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7  Other income (loss) (attach schedule) . . . . . . . . . . | 7 | (952,119) | Enter on applicable line of your return. |
| **Deductions** | 8  Charitable contributions (see instructions) (attach schedule) . . . . | 8 | | Sch. A, line 15 or 16 |
| | 9  Section 179 expense deduction . . . . . . . . . . . . | 9 | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10  Deductions related to portfolio income (attach schedule) . . . . | 10 | 21 | |
| | 11  Other deductions (attach schedule) . . . . . . . . . . | 11 | | |
| **Investment Interest** | 12 a  Interest expense on investment debts . . . . . . . . . | 12a | 307,647 | Form 4952, line 1 |
| | b  (1) Investment income included on lines 4a, 4b, 4c, and 4f above . | b(1) | 1,395 | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 above . . . . | b(2) | 21 | |
| **Credits** | 13 a  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | |
| | (2) Other than on line 13a(1) for property placed in service before 1990 | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | Form 8586, line 5 |
| | (4) Other than on line 13a(3) for property placed in service after 1989 . . . . | a(4) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities | 13b | | |
| | c  Credits (other than credits shown on lines 13a and 13b) related to rental real estate activities | 13c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d  Credits related to other rental activities . . . . . . . . . | 13d | | |
| | 14  Other credits . . . . . . . . . . . . . . . . . . . | 14 | | |

For Paperwork Reduction Act Notice, see instructions for Form 1065.

QAA

4/8/97

Schedule K-1 (Form 1065) 1996

Schedule K-1 (Form 1065) 1996

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Self-employment** | 15 a | Net earnings (loss) from self-employment . . . . . . . . . . | 15a | 0 | Sch. SE, Section A or B |
| | b | Gross farming or fishing income . . . . . . . . . . . . . | 15b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income . . . . . . . . . . . . . . . . | 15c | | |
| **Adjustments and Tax Preference Items** | 16 a | Depreciation adjustment on property placed in service after 1986 | 16a | | See page 8 and 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . | 16b | | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties . . | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties . . . | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) . . . . . | 16e | | |
| **Foreign Taxes** | 17 a | Type of income ▶          DIVIDENDS & INTEREST | | | Form 1116, check boxes |
| | b | Name of foreign country or U.S. possession ▶          VARIOUS | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | 36,325 | Form 1116, Part 1 |
| | d | Total applicable deductions and losses (attach schedule) | 17d | 13,450 | |
| | e | Total foreign taxes (check one): ▶ [X] Paid [ ] Accrued | 17e | 5,266 | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| **Other** | 18 | Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). Form 1040, line 8b |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income . . . . . . . . . . . . . | 19 | | |
| | 20 | Other tax-exempt income . . . . . . . . . . . . . | 20 | | |
| | 21 | Nondeductible expenses . . . . . . . . . . . . . | 21 | 47 | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22 | Distributions of money (cash and marketable securities) . . . . . | 22 | 0 | |
| | 23 | Distributions of property other than money . . . . . . . . | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships . . . . . . . . . . | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a . . . . . . . . . . . . . . | 24b | | |

| | | |
|---|---|---|
| **Supplemental Information** | 25 | Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): |

### See attached schedules

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/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                                                         42-1339803

Dr. William and Mrs. Patricia Steinbrink                                Genesis Capital Fund, L.P.

66

FORM 1065 PARTNER'S SHARE OF INCOME AND DEDUCTIONS - 1995
SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No.    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/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 | Partnership's ID No.    42-1339803 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| Dr. William and Mrs. Patricia Steinbrink | Genesis Capital Fund, L.P. |
| 122 Columbia Circle | 1659 Highway One |
| Erie, PA  16505 | Fairfield, IA  52556 |

**Line 25 - Supplemental information required to be reported separately to each partner:**

Gain or Loss on Liquidation of Partnership Interest:
    You may have a gain or loss on your withdrawal from the partnership if
    this is a final K-1 to you.  Please consult your tax advisor.

Item J, Column (c):

| | | |
|---|---|---:|
| Unrealized appreciation/(depreciation) | $ | (182,967) |
| Timing differences | | (13,579) |
| Tax-exempt interest & other tax-exempt income | | 0 |
| Nondeductible expenses | | (47) |
| Taxable income (loss) | | (167,909) |
| **Total** | $ | (364,502) |

Line 1 - Ordinary income (loss) from trade or business activities:

| | | |
|---|---|---:|
| Interest income | $ | 436,833 |
| Dividend income | | 26,736 |
| Section 988 - Foreign Currency Transaction gain (loss) | | 383,687 |
| Other ordinary income | | 219,265 |
| Other ordinary expenses | | (89,051) |
| **Total** | $ | 977,470 |

Line 7 - Other Income (loss):

| | | |
|---|---|---:|
| Section 1256 net gain (loss) | $ | (695,259) |
| Net short term capital gain (loss) | | (349,711) |
| Net long term capital gain (loss) | | 92,851 |
| **Total** | $ | (952,119) |

Line 10 - Deductions related to Portfolio income:

| | | |
|---|---|---:|
| Administrative expenses | $ | 21 |

Dividends Qualifying for 70% Dividend Received Deduction:                    81.45%

Section 1256 memo information:
    Section 1256 gain or loss should be included on Form 6781.

PARTNER'S SHARE OF INCOME AND DEDUCTIONS - 1996
SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No. 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/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 | Partnership's ID No. 42-1339803 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| Dr. William and Mrs. Patricia Steinbrink | Genesis Capital Fund, L.P. |
| 122 Columbia Circle | 1659 Highway One |
| Erie, PA  16505 | Fairfield, IA  52556 |

---

**Line 25 - Supplemental information required to be reported separately to each partner (continued):**

**Unrelated Business Taxable Income:**

If you are a tax-exempt entity, your share of Unrelated Business Taxable
Income (Loss) is reported below:

| | |
|---|---:|
| Ordinary Income (Loss): | $ (1,258) |
| Short-Term Capital Gain (Loss): | $ (36,798) |
| Long-Term Capital Gain (Loss): | $ (5,314) |

**Foreign Taxes:**

Described below are foreign countries from which income was earned and to which taxes were
paid.  Multiply your share of income, deductions and taxes paid by the percentage below to
determine amounts allocable to each country for reporting on your Federal Income Tax Return.

| Country | Gross Income- Line 17c % | Applicable Deductions and losses Line 17d % | Foreign taxes paid Line 17e % |
|---|---|---|---|
| VARIOUS | 100.00 | 100.00 | 100.00 |
| | | | |
| TOTAL | 100.00 | 100.00 | 100.00 |

**Interest Income from U.S. Obligations:**

Included in interest income is your share of interest income from U.S.
Obligations:                                                                  $  154,939

Your share of cost to carry U.S. Obligations is as follows:

| | |
|---|---:|
| Interest expense: | $  8,182 |
| Other expenses: | $  3,032 |

---