tremely Urgent:
plient please hand deliver
ddressee.

**FedEx**
**Federal Expre**

Pkg Trkt's:
3877027416

Attempted Delivery: 12:14
Recpt Addr: 122 COLUMBIA CIR
NO RELEASE NUMBER ON FILE
3877029796

FedEx   10APR  12:14
Stat: 08   Pcs: 2   Rt#: 25
Empt: 178860   1 of 1
Reattempt Delivery: 16:30 on 11APR

☐ FedEx Priority Overnight®
Next business morning service
(not available to all locations).

☐ FedEx Standard Overnight®
Next business day service
(not available to all locations).

☐ NEW FedEx First Overnight®
Earliest next business morning delivery
to select l

☐ FedEx International Services
**STANDARD OVERNIGHT**

☐ Saturday Delivery
THU not available to
ations.

**FedEx. USA Airbill**

Trkg No. **3877027416**

**1** From   Date  4/9/97   Sender's Name  T. MEADOWCROFT

Company  ROTHSTEIN KASS & CO PC

Address  85 LIVINGSTON AVE 2ND FL

City  ROSELAND   State  N J   Zip  07068

Phone  (201) 994-6666

**2** Your Internal Billing Reference Information  #65

**3** To   Recipient's Name  DR. WILLIAM H. STEINBRINK

Company  STEINBRINK, FIRM & ASSOC. INC.

Address  122 COLUMBIA CIRCLE

Dept/Floor/Suite/Room

City  ERIE   State  PA   Zip  16505

☐ For HOLD at FedEx Location check here

☐ For Saturday Delivery check here

**4a** Express Package Service

☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ NEW FedEx First Overnight

**4b** Express Freight Service

☐ FedEx Overnight Freight
☐ FedEx 2Day Freight

**5** Packaging
☐ FedEx Letter   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other Pkg

**6** Special Handling
Does this shipment contain dangerous goods?
☐ No   ☐ Yes   ☐ Cargo Aircraft Only

**7** Payment
Bill to: ☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value  $          .00

**8** Release Signature

Questions?
Call 1-800-Go-FedEx
(1-800-463-3339)

Form 0001

LETTER
CLE   10APR97

ZY ERI

16505-PA-US

Trkt 387 7027 416

272

Limitation

Exhibit "F"