1177 Avenue of the Americas
New York, New York 10036-2714
212-490-7700/Fax 212-730-6892

85 Livingston Avenue
Roseland, New Jersey 07068-1785
973-994-6666/Fax 973-994-0337

Website: http://www.rkco.com



**Rothstein, Kass & Company, P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

April 9, 1999

**THIS COPY TO BE RETAINED BY CLIENT**

Re: Genesis Capital Fund, L.P.
(the "Partnership")
42-1339803
December 31, 1998

Dear Partner:

Attached is a copy of Schedule K-1, Form 1065 which lists your distributive share of the Partnership's taxable income (loss) for the year ended December 31, 1998. These amounts are to be reported on your 1998 Income Tax Returns.

In connection with the information included on the attached copy of Federal Schedule K-1, please note the following:

The Partnership has taken the position that it is engaged in the active conduct of a business as a trader in securities. The trading operation is <u>not</u> passive income and is not portfolio income for purposes of the passive activity loss rules (Temp. Reg. Section 1.469-1T(e)6; Section 1.469-2T(c)(3)(ii)(D)).

Each partner must individually determine whether or not he or she materially participated during 1998 in the operations of the Partnership, since this affects the presentation and placement of interest expense on your tax return. The Schedule K-1 has been prepared on the basis of a partner who <u>does not</u> materially participate in the operations of the Partnership. Limited partners generally do not materially participate in the trading activities of the Partnership. Accordingly, interest expense reported on line 14a should be reported by an "Individual" taxpayer on Form 4952 line 1 - investment interest expense. Any deductible interest expense should be entered on Schedule E, Part II column (i). For purposes of determining the investment interest expense limitation, the amounts shown on lines 1 and 7 will affect the computation of investment income.

A partner that materially participates in the trading operation of the Partnership, or a partner that is a "C" corporation, should combine the net ordinary income(loss) reported on line 1 with the interest expense reported on line 14a.

Exhibit "H"

The Schedule K-1 includes income and expenses from the Partnership's investments in other partnerships (pass-through entities). The Partnership has reported income and deductions in the same manner as those items were reported to the Partnership from the pass-through entities.

The information reported on the enclosed Schedule K-1 includes estimated information reported by two partnerships. The Partnership is a limited partner in these partnerships and therefore, has no authority with respect to tax reporting. These partnerships have not yet provided a Schedule K-1 to the Partnership. However, the general partner for each partnership has provided estimated amounts for the items to be reported on Schedule K-1. Each general partner has indicated that the estimates are materially correct. Therefore, these estimates were used in completing the enclosed Schedule K-1. If the amounts reported by either partnership on the Schedule K-1 are materially different than the estimated amounts that were included in the enclosed Schedule K-1, you will receive a revised Schedule K-1 from the Partnership. You should consult with your tax advisor regarding the use of estimated information in completing your income tax returns.

Your share of portfolio expenses are reflected on line 10. Such amount should be deducted by individual partners on Schedule A of Form 1040 on line 22 – Miscellaneous Deductions Subject to 2% Adjusted Gross Income Limitation. Non-individual partners should refer to the instructions accompanying their tax returns.

The qualifying dividends represent the amount of dividends from less than 20 percent owned <u>domestic corporations</u> eligible for the dividends received deduction under IRC Section 243(a). The balance of dividends are not eligible for the dividends received deduction.

If you are a tax-exempt entity and you have gross income from an unrelated trade or business of $1,000 or more, you must file Form 990-T. The law is not entirely clear as to the proper way to determine income (loss) that is attributable to the use of leverage ("debt-financed income"). We have computed UBTI based on our interpretation of the law. Our computation of UBTI has been reflected on Line #25 of Schedule K-1.

Guaranteed payments do not constitute passive income. Guaranteed payments that represent interest on capital constitute investment income for purposes of the investment interest expense limitation.

If you are required to file a state income tax return, your share of interest income from obligations issued by the U.S. Government or its agencies and your share of expenses to carry such obligations are reported on line #25, of Schedule K-1.

If you have any questions, please feel free to contact Terence Meadowcroft at (212) 490-7700 or Frank Attalla at (973) 994-6666.

Very truly yours,

ROTHSTEIN, KASS & COMPANY, P.C.

| SCHEDULE K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | **Partner's Share of Income, Credits, Deductions, etc.**<br>▶See separate instructions.<br>For calendar year 1998 or tax year beginning         , 1998, and ending         , 19 | OMB No.1545-0099<br>**1998** |
|---|---|---|

Partner's identifying number ▶ 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    Partnership's identifying number ▶ 42-1339803

Partner's name, address, and ZIP code
Dr. William and Mrs. Patricia Steinbrink
1608 South Shore Drive
Erie, PA 16505

Partnership's name, address, and ZIP code
Genesis Capital Fund, L.P.
1661 Highway One
Fairfield, IA 52556

A This partner is a ☐ general partner ☒ limited partner
  ☐ limited liability company member
B What type of entity is this partner? ▶ JOINT
C Is this partner a ☒ domestic or a ☐ foreign partner?
D Enter partner's percentage of:
  (i) Before change or termination     (ii) End of year
  Profit sharing         %      VAR %
  Loss sharing          %      VAR %
  Ownership of capital      %      19.16 %
E IRS Center where partnership filed return: KANSAS CITY, MO

F Partner's share of liabilities (see instructions):
  Nonrecourse . . . . . . . . $ _____
  Qualified nonrecourse financing . . $ _____
  Other . . . . . . . . . . $ _____
G Tax shelter registration number . ▶ _____
H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . . ☐
I Check applicable boxes: (1) ☐ Final K-1  (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 6,042,037 | 0 | 1,543,740 | ( 700,000 ) | 6,885,777 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 1 | 175,039 | See page 6 of Partner's Instruction for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 22,534 | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | 831 | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | 266,636 | Sch. D, line 5, col. (f) |
| | e Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year | e(2) | (3,949) | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | 0 | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | 131,092 | Enter on applicable line of your return. |
| **Deductions** | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | 52 | |
| | 11 Other deductions (attach schedule) | 11 | | |
| **Credits** | 12a Low-income housing credit:<br>(1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065    Cat. No. 11394R    Schedule K-1 (Form 1065) 1998
4/10/99 15:33
42

Schedule K-1 (Form 1065) 1998                                                                                                        Page **2**

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | 202,004 | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a,4b,4c, and 4f | b(1) | 23,365 | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | b(2) | 52 | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | 0 | Sch.SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17a Type of Income ▶ DIVIDENDS | | | Form 1116, check boxes |
| | b Name of foreign country or possession ▶ VARIOUS | | | |
| | c Total gross income from sources outside the United States (attach schedule) | 17c | 542 | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ [X] Paid [ ] Accrued | 17e | 68 | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 700,000 | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25  Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

See attached schedules

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                                                                                                        42-1339803
Dr. William and Mrs. Patricia Steinbrink                                                                Genesis Capital Fund, L.P.

FORM 1065 - PARTNER'S SHARE OF INCOME AND DEDUCTIONS - 1998
SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No.   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 | Partnership's ID No.   42-1339803 |
|---|---|
| Partner's name, address, and ZIP code<br>Dr. William and Mrs. Patricia Steinbrink<br>1608 South Shore Drive<br>Erie, PA  16505 | Partnership's name, address, and ZIP code<br>Genesis Capital Fund, L.P.<br>1661 Highway One<br>Fairfield, IA  52556 |

Line 25 - Supplemental information required to be reported separately to each partner:

Gain or Loss on Liquidation of Partnership Interest:
   You may have a gain or loss on your withdrawal from the Partnership if
   this is a final K-1 to you.  Please consult your tax advisor.

Item J, Column (c):
| | |
|---|---:|
| Unrealized appreciation/(depreciation) | $ 1,147,407 |
| Timing differences | 6,274 |
| Taxable income (loss) | 390,059 |
| Total | $ 1,543,740 |

Line 1 - Ordinary income (loss) from trade or business activities:
   Income reported on line 1 is not passive income (loss) and is not portfolio
   income (loss) for purposes of the passive activity loss rules (Temp. Reg.
   Sec. 1.469-1T(e)(6); Sec. 1.469-2T(c)(3)(ii)(D)).  The amount reported
   on line 1 should be entered by an "Individual" taxpayer on Schedule E,
   Part II as nonpassive.

Line 7 - Other Income (loss):
| | |
|---|---:|
| Net Short-Term Capital Gain (Loss) | $ (292,893) |
| Net Long-Term Capital Gain (Loss), subject to 20% maximum rate | 324,653 |
| Section 1256 Net Gain (Loss) | 392,126 |
| Other income (loss) | (292,794) |
| Total | $ 131,092 |

* Taxpayers should report 1256 gain or loss on Form 6781

Line 10 - Deductions related to Portfolio income:
| | |
|---|---:|
| Administrative expenses | $ 52 |

SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No.    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 | Partnership's ID No.    42-1339803 |
|---|---|
| Partner's name, address, and ZIP code<br>Dr. William and Mrs. Patricia Steinbrink<br>1608 South Shore Drive<br>Erie, PA  16505 | Partnership's name, address, and ZIP code<br>Genesis Capital Fund, L.P.<br>1661 Highway One<br>Fairfield, IA  52556 |

**Line 25 - Supplemental information required to be reported separately to each partner (continued):**

Line 14a - Interest expense on investment debts:
"Individual" partners that do not materially participate in the operations of
the Partnership must report interest expense as investment interest expense
on Form 4952, line 1. "Individual" partners that materially participate and
"C" corporations should combine the amount on line 14a with the amount
on line 1.

Unrelated Business Taxable Income:
If you are a tax-exempt entity, your share of Unrelated Business Taxable
Income (Loss) is reported below:
| | | |
|---|---|---|
| Ordinary Income (Loss): | $ | (15,008) |
| Short-Term Capital Gain (Loss): | $ | (93,149) |
| Long-Term Capital Gain (Loss), subject to 20% maximum rate: | $ | 62,033 |

Interest Income from U.S. Obligations:
Included in Line 1 is your share of interest income from U.S.
Obligations:                                                                                               $        10,863

Dividends Qualifying for 70% Dividend Received Deduction:
Your share of dividends from domestic corporations, included in line 1,
qualifying for 70% Dividend Received Deduction is as follows:         $            336