1177 Avenue of the Americas  
New York, New York 10036-2714  
212-490-7700/Fax 212-730-6892  

85 Livingston Avenue  
Roseland, New Jersey 07068-1785  
973-994-6666/Fax 973-994-0337  

Website: http://www.rkco.com



**Rothstein, Kass & Company, P.C.**  
CERTIFIED PUBLIC ACCOUNTANTS

March 29, 2000

Re: Gamelan Capital Fund, L.P.  
39-1871726  
December 31, 1999

Dear Partner:

Attached is a copy of Schedule K-1, Form 1065 which lists your distributive share of the Partnership's taxable income (loss) for the year ended December 31, 1999. These amounts are to be reported on your 1999 Income Tax Returns.

In connection with the information included on the attached copy of Federal Schedule K-1, please note the following:

The Partnership has taken the position that it is engaged in the active conduct of a business as a trader in securities. The trading operation is **not** passive income and is not portfolio income for purposes of the passive activity loss rules (Temp. Reg. Section 1.469-1T(e)6; Section 1.469-2T(c)(3)(ii)(D)).

Each partner must individually determine whether or not he or she materially participated during 1999 in the operations of the Partnership, since this affects the presentation and placement of interest expense on your tax return. The Schedule K-1 has been prepared on the basis of a partner who **does not** materially participate in the operations of the Partnership. Limited partners generally do not materially participate in the trading activities of the Partnership. Accordingly,

Exhibit "K"

interest expense reported on line 14a should be reported by an "Individual" taxpayer on Form 4952 line 1 - investment interest expense. Any deductible interest expense should be entered on Schedule E, Part II column (i). For purposes of determining the investment interest expense limitation, the amounts shown on lines 1 and 7 will affect the computation of investment income.

A partner that materially participates in the trading operation of the Partnership, or a partner that is a "C" corporation, should combine the net ordinary income(loss) reported on line 1 with the interest expense reported on line 14a.

The qualifying dividends represent the amount of dividends from less than 20 percent owned domestic corporations eligible for the dividends received deduction under IRC Section 243(a). The balance of dividends are not eligible for the dividends received deduction.

If you are a tax-exempt entity and you have gross income from an unrelated trade or business of $1,000 or more, you must file Form 990-T. The law is not entirely clear as to the proper way to determine income (loss) that is attributable to the use of leverage ("debt-financed income"). We have computed UBTI based on our interpretation of the law. Our computation of UBTI has been reflected on Line #25 of Schedule K-1.

Guaranteed payments do not constitute passive income. Guaranteed payments that represent interest on capital constitute investment income for purposes of the investment interest expense limitation.

If you have any questions, please feel free to contact Terence Meadowcroft or Anthony Chaves at (212) 997-0500.

Very truly yours,

ROTHSTEIN, KASS & COMPANY, P.C.

| SCHEDULE K-1<br>(Form 1065) | Partner's Share of Income, Credits, Deductions, etc.<br>▶ See separate instructions.<br>For calendar year 1999 or tax year beginning , 1999, and ending , 19 | OMB No. 1545-<br>**1999** |
|---|---|---|

| Partner's identifying number ▶ 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 | Partnership's identifying number ▶ 39-1871726 |
|---|---|
| Partner's name, address, and ZIP code<br>William & Patricia Steinbrink<br>1608 South Shore Drive<br>Eerie, PA 16505 | Partnership's name, address, and ZIP code<br>Gamelan Capital Fund, L.P.<br>1661 Highway One<br>Fairfield, IA 52556-8947 |

A This partner is a ☐ general partner ☒ limited partner
  ☐ limited liability company member
B What type of entity is this partner? ▶ INDIVIDUAL
C Is this partner a ☒ domestic or a ☐ foreign partner?
D Enter partner's percentage of:
  (i) Before change or termination    (ii) End of year
  Profit sharing . . . . . _____ %    VAR %
  Loss sharing . . . . . _____ %    VAR %
  Ownership of capital . . . _____ %    33.86 %
E IRS Center where partnership filed return: KANSAS CITY, MO

F Partner's share of liabilities (see instructions):
  Nonrecourse . . . . . . . $ _____
  Qualified nonrecourse financing . . $ _____
  Other . . . . . . . . . $ _____
G Tax shelter registration number . ▶ _____
H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . . ☐
I Check applicable boxes: (1) ☐ Final K-1  (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3,4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0 | 6,654,908 | 1,129,018 | ( 0 ) | 7,783,926 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 1 | (16,420) | See page 6 of Partner's Instruction for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | 0 | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | (51,089) | Enter on applicable line of your return. |
| **Deductions** | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| **Credits** | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Cat. No. 11394R    Schedule K-1 (Form 1065) 1999
3/29/00 14:59  PKA                                                                                          3C

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | 30,565 | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | b(2) | | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17a Type of income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or possession ▶ | | | |
| | c Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II Form 1116, Part III |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 0 | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | Form 8611, line 8 |
| | a From section 42(j)(5) partnerships | 24a | | |
| | b Other than on line 24a | 24b | | |

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

**Supplemental Information**

See attached schedules

---

39-1871726
Gamelan Capital Fund, L.P.

Schedule K-1 (Form 1065) 1999
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
William & Patricia Steinbrinck
30

## SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No. | 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 | Partnership's ID No. | 39-1871726 |
|---|---|---|---|

Partner's name, address, and ZIP code
William & Patricia Steinbrink
1608 South Shore Drive
Eerie, PA 16505

Partnership's name, address, and ZIP code
Gamelan Capital Fund, L.P.
1661 Highway One
Fairfield, IA 52556-8947

**Line 25 - Supplemental information required to be reported separately to each partner:**

Gain or Loss on Liquidation of Partnership Interest:
    You may have a gain or loss on your withdrawal from the Partnership if this is a final K-1 to you. Please consult your tax advisor.

Item J, Column (c):

| | |
|---|---:|
| Unrealized appreciation/(depreciation) | $ 1,548,419 |
| Timing differences | (321,327) |
| Tax-exempt interest & other tax-exempt income | 0 |
| Nondeductible expenses | 0 |
| Taxable income (loss) | (98,074) |
| **Total** | **$ 1,129,018** |

Line 1 - Ordinary income (loss) from trade or business activities:
    Income reported on line 1 is not passive income (loss) and is not portfolio income (loss) for purposes of the passive activity loss rules (Temp. Reg. Sec. 1.469-1T(e)(6); Sec. 1.469-2T(c)(3)(ii)(D)). The amount reported on line 1 should be entered by an "Individual" taxpayer on Schedule E, Part II as nonpassive.

Line 7 - Other Income (loss):

| | |
|---|---:|
| Net Short-Term Capital Gain (Loss) | $ 216,104 |
| Net Long-Term Capital Gain (Loss), subject to 20% maximum rate | 215,115 |
| Section 1256 Net Gain (Loss) * | (482,308) |
| Section 988 - Foreign Currency Transaction Gain (Loss) | 0 |
| Other income (loss) | 0 |
| **Total** | **$ (51,089)** |

* Taxpayers should report 1256 gain or loss on Form 6781

## SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No. 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 | Partnership's ID No. 39-1871726 |
|---|---|
| Partner's name, address, and ZIP code<br>William & Patricia Steinbrink<br>1608 South Shore Drive<br>Eerie, PA 16505 | Partnership's name, address, and ZIP code<br>Gamelan Capital Fund, L.P.<br>1661 Highway One<br>Fairfield, IA 52556-8947 |

**Line 25 - Supplemental information required to be reported separately to each partner:**

Line 14a - Interest expense on investment debts:
"Individual" partners that do not materially participate in the operations of the Partnership must report interest expense as investment interest expense on Form 4952, line 1. "Individual" partners that materially participate and "C" corporations should combine the amount on line 14a with the amount on line 1.

**Unrelated Business Taxable Income:**
If you are a tax-exempt entity, your share of Unrelated Business Taxable Income (Loss) is reported below:

| | | |
|---|---|---:|
| Ordinary Income (Loss): | $ | (6,102) |
| Short-Term Capital Gain (Loss): | $ | 6,120 |
| Long-Term Capital Gain (Loss), subject to 20% maximum rate: | $ | 6,092 |

**Dividends Qualifying for 70% Dividend Received Deduction:**
Your share of dividends from domestic corporations, included in line 1, qualifying for 70% Dividend Received Deduction is as follows: $ 103

1177 Avenue of the Americas
New York, New York 10036-2714
212-490-7700/Fax 212-730-6892

85 Livingston Avenue
Roseland, New Jersey 07068-1785
973-994-6666/Fax 973-994-0337



Rothstein, Kass & Company, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

Website: http://www.rkco.com

March 29, 2000

Re: Gamelan Capital Fund, L.P.
    39-1871726
    December 31, 1999

Dear Partner:

Attached is a copy of Schedule K-1, Form 1065 which lists your distributive share of the Partnership's taxable income (loss) for the year ended December 31, 1999. These amounts are to be reported on your 1999 Income Tax Returns.

In connection with the information included on the attached copy of Federal Schedule K-1, please note the following:

The Partnership has taken the position that it is engaged in the active conduct of a business as a trader in securities. The trading operation is <u>not</u> passive income and is not portfolio income for purposes of the passive activity loss rules (Temp. Reg. Section 1.469-1T(e)6; Section 1.469-2T(c)(3)(ii)(D)).

Each partner must individually determine whether or not he or she materially participated during 1999 in the operations of the Partnership, since this affects the presentation and placement of interest expense on your tax return. The Schedule K-1 has been prepared on the basis of a partner who **does not** materially participate in the operations of the Partnership. Limited partners generally do not materially participate in the trading activities of the Partnership. Accordingly,

interest expense reported on line 14a should be reported by an "Individual" taxpayer on Form 4952 line 1 - investment interest expense. Any deductible interest expense should be entered on Schedule E, Part II column (i). For purposes of determining the investment interest expense limitation, the amounts shown on lines 1 and 7 will affect the computation of investment income.

A partner that materially participates in the trading operation of the Partnership, or a partner that is a "C" corporation, should combine the net ordinary income(loss) reported on line 1 with the interest expense reported on line 14a.

The qualifying dividends represent the amount of dividends from less than 20 percent owned domestic corporations eligible for the dividends received deduction under IRC Section 243(a). The balance of dividends are not eligible for the dividends received deduction.

If you are a tax-exempt entity and you have gross income from an unrelated trade or business of $1,000 or more, you must file Form 990-T. The law is not entirely clear as to the proper way to determine income (loss) that is attributable to the use of leverage ("debt-financed income"). We have computed UBTI based on our interpretation of the law. Our computation of UBTI has been reflected on Line #25 of Schedule K-1.

Guaranteed payments do not constitute passive income. Guaranteed payments that represent interest on capital constitute investment income for purposes of the investment interest expense limitation.

If you have any questions, please feel free to contact Terence Meadowcroft or Anthony Chaves at (212) 997-0500.

Very truly yours,

ROTHSTEIN, KASS & COMPANY, P.C.

| SCHEDULE K-1 (Form 1065) | Partner's Share of Income, Credits, Deductions, etc. ▶ See separate instructions. For calendar year 1999 or tax year beginning , 1999, and ending , 19 | | OMB No.1545- **1999** |
|---|---|---|---|
| Partner's identifying number ▶ 25-1444258 | | Partnership's identifying number ▶ 39-1871726 | |
| Partner's name, address, and ZIP code<br>DLJSC C/F Bayside Obstetrics Gynecology Infertility, Inc. 401K PSP<br>F.B.O. William H. Steinbrink, M.D., William H. Steinbrink M.D., Trust<br>1608 South Shore Drive<br>Eerie, PA 16505 | | Partnership's name, address, and ZIP code<br>Gamelan Capital Fund, L.P.<br>1661 Highway One<br>Fairfield, IA 52556-8947 | |

A  This partner is a  ☐ general partner  ☒ limited partner  ☐ limited liability company member
B  What type of entity is this partner? ▶ 401K PLAN
C  Is this partner a  ☒ domestic or a  ☐ foreign partner?
D  Enter partner's percentage of:
   (i) Before change or termination    (ii) End of year
   Profit sharing ........... %      VAR %
   Loss sharing ........... %      VAR %
   Ownership of capital ...... %     6.58 %
E  IRS Center where partnership filed return: KANSAS CITY, MO

F  Partner's share of liabilities (see instructions):
   Nonrecourse ......... $ _____
   Qualified nonrecourse financing .. $ _____
   Other ........... $ _____
G  Tax shelter registration number . ▶ _____
H  Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . . ☐
I  Check applicable boxes: (1) ☐ Final K-1  (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3,4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0 | 1,292,380 | 219,254 | ( 0 ) | 1,511,634 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities | 1 | (3,188) | See page 6 of Partner's Instruction for Schedule K-1 (Form 1065). |
| | 2  Net income (loss) from rental real estate activities | 2 | | |
| | 3  Net income (loss) from other rental activities | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest | 4a | | Sch. B, Part I, line 1 |
| | b  Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c  Royalties | 4c | | Sch. E, Part I, line 4 |
| | d  Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e  Net long-term capital gain (loss): | | | |
| |    (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| |    (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f  Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5  Guaranteed payments to partner | 5 | 0 | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6  Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7  Other income (loss) (attach schedule) | 7 | (9,921) | Enter on applicable line of your return. |
| **Deductions** | 8  Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9  Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10  Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11  Other deductions (attach schedule) | 11 | | |
| **Credits** | 12a  Low-income housing credit: | | | |
| |   (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| |   (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| |   (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| |   (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c  Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d  Credits related to other rental activities | 12d | | |
| | 13  Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065        Cat. No. 11394R        Schedule K-1 (Form 1065) 199
3/29/00 14:59  PKA                                                                                                        3

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | 5,935 | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | b(2) | | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | | Sch.SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17a Type of Income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or possession ▶ | | | |
| | c Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II Form 1116, Part III |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | See Instructions for Form 1116. |
| | g Other foreign tax information (attach schedule) | 17g | | |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 0 | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

**Supplemental Information**

See attached schedules

Schedule K-1 (Form 1065) 1999

39-1871726                                                                                                    25-1444258
Gamelan Capital Fund, L.P.                                DLJSC C/F Bayside Obstetrics Gynecology Infertility, Inc. 401K PSP

SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No. 25-1444258 | Partnership's ID No. 39-1871726 |
|---|---|
| Partner's name, address, and ZIP code<br>DLJSC C/F Bayside Obstetrics Gynecology Infertility, Inc. 401K PSP<br>F.B.O. William H. Steinbrink, M.D., William H. Steinbrink M.D., Trustee<br>1608 South Shore Drive<br>Eerie, PA 16505 | Partnership's name, address, and ZIP code<br>Gamelan Capital Fund, L.P.<br>1661 Highway One<br>Fairfield, IA 52556-8947 |

**Line 25 - Supplemental information required to be reported separately to each partner:**

Gain or Loss on Liquidation of Partnership Interest:
> You may have a gain or loss on your withdrawal from the Partnership if this is a final K-1 to you. Please consult your tax advisor.

Item J, Column (c):

| | |
|---|---:|
| Unrealized appreciation/(depreciation) | $ 300,699 |
| Timing differences | (62,401) |
| Tax-exempt interest & other tax-exempt income | 0 |
| Nondeductible expenses | 0 |
| Taxable income (loss) | (19,044) |
| Total | $ 219,254 |

Line 1 - Ordinary income (loss) from trade or business activities:
> Income reported on line 1 is not passive income (loss) and is not portfolio income (loss) for purposes of the passive activity loss rules (Temp. Reg. Sec. 1.469-1T(e)(6); Sec. 1.469-2T(c)(3)(ii)(D)). The amount reported on line 1 should be entered by an "Individual" taxpayer on Schedule E, Part II as nonpassive.

Line 7 - Other Income (loss):

| | |
|---|---:|
| Net Short-Term Capital Gain (Loss) | $ 41,967 |
| Net Long-Term Capital Gain (Loss), subject to 20% maximum rate | 41,775 |
| Section 1256 Net Gain (Loss) * | (93,663) |
| Section 988 - Foreign Currency Transaction Gain (Loss) | 0 |
| Other income (loss) | 0 |
| Total | $ (9,921) |

\* Taxpayers should report 1256 gain or loss on Form 6781

Page 3

31

| Partner's ID No. | 25-1444258 | Partnership's ID No. | 39-1871726 |
|---|---|---|---|
| Partner's name, address, and ZIP code | | Partnership's name, address, and ZIP code | |
| DLJSC C/F Bayside Obstetrics Gynecology Infertility, Inc. 401K PSP F.B.O. William H. Steinbrink, M.D., William H. Steinbrink M.D., Trustee 1608 South Shore Drive Eerie, PA 16505 | | Gamelan Capital Fund, L.P. 1661 Highway One Fairfield, IA 52556-8947 | |

Line 25 - Supplemental information required to be reported separately to each partner:

Line 14a - Interest expense on investment debts:
"Individual" partners that do not materially participate in the operations of the Partnership must report interest expense as investment interest expense on Form 4952, line 1. "Individual" partners that materially participate and "C" corporations should combine the amount on line 14a with the amount on line 1.

Unrelated Business Taxable Income:
If you are a tax-exempt entity, your share of Unrelated Business Taxable Income (Loss) is reported below:

| | |
|---|---|
| Ordinary Income (Loss): | $ (1,177) |
| Short-Term Capital Gain (Loss): | $ 1,189 |
| Long-Term Capital Gain (Loss), subject to 20% maximum rate: | $ 1,183 |

Dividends Qualifying for 70% Dividend Received Deduction:
Your share of dividends from domestic corporations, included in line 1, qualifying for 70% Dividend Received Deduction is as follows:   $ 20

# IOWA
### Department of Revenue and Finance

# Schedule K-1  1999

**Nonresident Partners Only**

| Partnership or Limited Liability Company Information: | Partner Information: |
|---|---|
| Name: Gamelan Capital Fund, L.P. | Name: DLJSC C/F Bayside Obstetrics Gynecology Infertility, Inc. |
| Federal ID No. 39-1871726 | SSN 25-1444258 |

| (a) Partner's Pro Rata Share Items | | (b) Federal K-1 Amount | (c) Iowa Business Activity Ratio | (d) Amt. Apportionable To Iowa |
|---|---|---|---|---|
| 1. Ordinary income (loss) from trade or business activities | 1 | (3,188) | 100.00% | (3,188) |
| 2. Net income (loss) from rental real estate activities | 2 | | | |
| 3. Net income (loss) from other rental activities | 3 | | | |
| 4. Portfolio income (loss) | | | | |
| a) Interest | 4a | | | |
| b) Dividends | 4b | | | |
| c) Royalties | 4c | | | |
| d) Net short-term capital gain (loss) | 4d | | | |
| e) Net long-term capital gain (loss) [line 4e(2), Federal Schedule K-1] | 4e | | | |
| f) Other portfolio income (loss) | 4f | | | |
| 5. Guaranteed payments to partner | 5 | | | |
| 6. Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | | |
| 7. Other income (loss) | 7 | (9,921) | 100.00% | (9,921) |
| 8. Charitable contributions | 8 | | | |
| 9. Section 179 expense deduction | 9 | | | |
| 10. Deductions related to portfolio income | 10 | | | |
| 11. Other deductions | 11 | | | |
| 12. a) Interest expense on investment debts | 12a | (5,935) | 100.00% | (5,935) |
| b) (1) Investment income included on lines 4a, 4b, 4c and 4f above | 12b (1) | | | |
| (2) Investment expenses included on line 10 above | 12b (2) | | | |
| 13. Credits from the credit section of Federal K-1 (attach schedule) | 13 | | | |
| 14. a) Depreciation adjustment on property placed in service after 1986 | 14a | | | |
| b) Adjusted gain or loss | 14b | | | |
| c) Depletion (other than oil, gas and/or geothermal) | 14c | | | |
| d) (1) Gross income from oil, gas, or geothermal properties | 14d (1) | | | |
| (2) Deductions allocable to oil, gas, or geothermal properties | 14d (2) | | | |
| e) Other adjustments and tax preference items (attach schedule) | 14e | | | |

15. Enter any supplemental information that is required to be reported separately to each partner for filing with Federal form 1065 K-1. Attach additional schedules if more space is needed.

### NONRESIDENT MODIFICATIONS SCHEDULE

| | | |
|---|---|---|
| 16. Partner's all-source modifications | 16 | - |
| 17. Iowa business activity ratio | 17 | 100.00% |
| 18. Partner's modifications apportionable to Iowa | 18 | - |

### IOWA NONRESIDENT K-1 INSTRUCTIONS

This schedule apportions the nonresident partner's K-1 items to Iowa with the apportioned amounts appearing in column d of the form. The nonresident partner's all-source modifications from column 5 Part II of the IA 1065 are apportioned to Iowa on lines 16 through 18 of the Iowa partnership K-1. There is no Iowa partnership K-1 for Iowa residents. A copy of the Federal K-1 will suffice for Iowa resident partners. An Electing Large Partnership must adapt the nonresident partner's Iowa K-1, column b, to report income as shown on the K-1 for Federal form 1065-B.

NOTE: State tax information may be disclosed to tax officials of another state or to the United States for tax administration purposes.

### LINE INSTRUCTIONS

Column b, lines 1 through 14(e): Enter the same amounts as shown on your Federal K-1.
Column c, lines 1 through 14(e): Enter the Iowa single factor business activity ratio that you have calculated on a separate worksheet. Iowa uses a single factor business activity ratio based on the ratio of Iowa sales or gross receipts to total sales or gross receipts.
Column d, lines 1 through 14(e): Multiply the amounts in column b by the percentage in column c and enter the product in column d. This is the amount apportionable to Iowa.
Line 16: Enter the nonresident partner's all-source modifications as shown in column 5 Part II of the IA 1065.
Line 17: Enter the Iowa single factor business activity ratio.
Line 18: Multiply line 16 by the percentage on line 17 and enter here. If this entry is a positive amount, also enter it on line 14 of your IA 126 form. If this entry is a negative amount, enter it on line 24 of your IA 126 form.

41-016b (10/99)

31