IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| WILLIAM H. STEINBRINK, M.D. and<br>PATRICIA M. STEINBRINK, his wife,<br><br>and<br><br>BAYSIDE OBSTETRICS GYNECOLOGY<br>INFERTILITY, INC. 401(k) PROFIT<br>SHARING PLAN,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>ROTHSTEIN, KASS & COMPANY, P.C.;<br>B. HAUPTMAN & ASSOCIATES, LLC;<br>BRUCE A. HAUPTMAN,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　CASE NO. CA 01-382 - Erie<br>)<br>)　Filed Electronically<br>)<br>)<br>)<br>) |

## **ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2007, upon consideration of the foregoing Motion to Take Limited Discovery, it is hereby ORDERED, ADJUDGED and DECREED that Rothstein, Kass & Company, hereinafter referred to RKC shall produce true and correct copies of all engagement letters and/or agreements, modifications, addenda thereto, that were executed and exist between RKC and B. Hauptman and Associates regarding services performed concerning Genesis Capital Fund and Gamelan Capital Fund for the years 1994 through 2001. It is further ORDERED that the plaintiffs shall be allowed to depose RKC employees who provided services to B. Hauptman and Associates, Genesis and Gamelan as per the engagement letters.

　　　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Maurice B. Cohill, Judge