IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| WILLIAM H. STEINBRINK, M.D. and PATRICIA M. STEINBRINK, his wife, <br><br> and <br><br> BAYSIDE OBSTETRICS GYNECOLOGY INFERTILITY, INC. 401(k) PROFIT SHARING PLAN, <br><br> Plaintiffs <br><br> v. <br><br> ROTHSTEIN, KASS & COMPANY, P.C.; B. HAUPTMAN & ASSOCIATES, LLC; BRUCE A. HAUPTMAN, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. CA 01-382 - Erie ) ) Filed Electronically ) ) ) ) |

## MOTION TO DISMISS COUNTS

AND NOW, come the plaintiffs, William H. Steinbrink, M.D. and Patricia M. Steinbrink, his wife, and Bayside Obstetrics Gynecology Infertility, Inc. 401(k) Profit Sharing Plan, by their counsel, AMBROSE, FRIEDMAN and WEICHLER, pursuant to F.R.C.P. 41(a)(1) and request dismissal of counts 1, 2, 3, 6 and 7 of Plaintiffs' Second Amended Complaint.

Respectfully submitted,

**AMBROSE, FRIEDMAN and WEICHLER**

s/ Leonard G. Ambrose III
    Leonard G. Ambrose III, Esquire
    Attorney for Plaintiffs
    319 West 8th Street
    Erie, Pennsylvania  16502
    814/452-3069
    Supreme Court I.D. # 18824