IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| WILLIAM H. STEINBRINK, M.D. and<br>PATRICIA M. STEINBRINK, his wife,<br><br>and<br><br>BAYSIDE OBSTETRICS GYNECOLOGY<br>INFERTILITY, INC. 401(k) PROFIT<br>SHARING PLAN,<br><br>    Plaintiffs<br><br>v.<br><br>ROTHSTEIN, KASS & COMPANY, P.C.;<br>B. HAUPTMAN & ASSOCIATES, LLC;<br>BRUCE A. HAUPTMAN,<br><br>    Defendants | CASE NO. CA 01-382 - Erie<br><br>Filed Electronically |

## ORDER OF COURT

AND NOW, to-wit this _____ day of _____, 2007, upon consideration of the foregoing Motion to Dismiss Counts, it is hereby ORDERED, ADJUDGED and DECREED that counts 1, 2, 3, 6 and 7 of Plaintiffs' Second Amended Complaint are dismissed.

BY THE COURT,

_____
Maurice B. Cohill, Judge