IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| WILLIAM H. STEINBRINK, M.D. and PATRICIA M. STEINBRINK, his wife, </br></br>and</br></br>BAYSIDE OBSTETRICS GYNECOLOGY INFERTILITY, INC. 401(k) PROFIT SHARING PLAN,</br></br>Plaintiffs</br></br>v.</br></br>ROTHSTEIN, KASS & COMPANY, P.C.; B. HAUPTMAN & ASSOCIATES, LLC; BRUCE A. HAUPTMAN,</br></br>Defendants | </br></br></br></br></br></br></br></br></br></br></br></br>CASE NO. CA 01-382 - Erie</br></br>Filed Electronically |

## ORDER OF COURT

AND NOW, to-wit this __28th__ day of __January__, 2007, upon consideration of the foregoing Motion to Dismiss Counts, it is hereby ORDERED, ADJUDGED and DECREED that counts 1, 2, 3, 6 and 7 of Plaintiffs' Second Amended Complaint are dismissed.

BY THE COURT,

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Judge