# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

| | | |
|---|---|---|
| WILLIAM H. STEINBRINK, M.D. and PATRICIA M. STEINBRINK, his wife, | : : : | AMENDED COMPLAINT |
| and | : : | |
| BAYSIDE OBSTETRICS GYNECOLOGY INFERTILITY, INC. 401(k) PROFIT SHARING PLAN, Plaintiffs | : : : : : | |
| vs. | : : | CASE NO. CA 01-382 ERIE |
| ROTHSTEIN, KASS & COMPANY, P.C.;  B. HAUPTMAN & ASSOCIATES, LLC;  BRUCE A. HAUPTMAN | : : : : | |
| Defendants | : | JURY TRIAL DEMANDED |

## STIPULATION REGARDING EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S BRIEF IN OPPOSITION TO MOTION TO DISMISS AND REPSPONSE TO PLAINTIFF'S MOTION TO TAKE LIMITED DISCOVERY

Plaintiffs William H. Steinbrink, M.D., Patricia M. Steinbrink, and Bayside Obstetrics Gynecology Infertility, Inc. 401(K) Profit Sharing Plan, by and through their undersigned counsel, and Defendant Rothstein, Kass and Company, P.C. by and through their undersigned counsel, hereby stipulate and agree to extend Defendants' Time to Plead, Answer or Otherwise Respond to Plaintiffs' Amended Complaint to March 1, 2007. This stipulation complies with Local Rule 7.2 in that this is the first Stipulation filed by the parties with regard to the

Order of February 1, 2007 and the additional time requested is 14 days.

                                                Respectfully submitted,

                                                LAW OFFICES OF TIMOTHY D. McNAIR

**AGREED:**

| | |
|---|---|
| s/ Leonard G. Ambrose<br>Leonard G. Ambrose III<br>Ambrose, Freidman and Weichler<br>319 West 8th Street<br>Erie, PA 16502-1495<br>amfriedlaw@surferie.net | By: Timothy D. McNair<br>Timothy D. McNair, Esquire<br>Attorneys for Defendants<br>Rothstein, Kass and Company P.C.<br>821 State Street<br>Erie, Pennsylvania 16501<br>(814) 452-0700<br>PA ID# 34304<br>tmcnair@surferie.net |

s/ Joel M. Wolosky
Joel M. Wolosky, Esquire
Hodgson & Russ, LLP
230 Park Avenue
17th Floor
New York, NY 10169
(212) 661-3535
e-mail - *jwolosky@hodgsonruss.com*

Dated: February 12, 2007