IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| WILLIAM H. STEINBRINK, M.D. and PATRICIA M. STEINBRINK, his wife, | : : : | |
| and | : : | |
| BAYSIDE OBSTETRICS GYNECOLOGY INFERTILITY, INC. 401(k) PROFIT SHARING PLAN,   Plaintiffs | : : : : : | |
| vs. | : : | CASE NO. CA 01-382 ERIE |
| ROTHSTEIN, KASS & COMPANY, P.C.;  B. HAUPTMAN & ASSOCIATES, LLC;  BRUCE A. HAUPTMAN | : : : : | |
| Defendants | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, to-wit this 16th day of February, 2007, upon consideration of Defendant, Rothstein, Kass & Company's Motion for Enlargement of Time Within Which to Respond to Plaintiffs' Motion for Limited Discovery, it is ORDERED that said Motion shall be, and is hereby GRANTED.

Defendant, Rothstein, Kass & Company shall respond to Plaintiffs' Motion for Limited Discovery on or before March 1, 2007.

                                                                                       _____
                                                                                       Maurice B. Cohill,    U.S.D. J.